# The State *v.* Dodd.

## *Bastardy.*

### (Decided December 16, 1913.  64 South. 169.)

*Bastardy; Appeal; Assignment of Error; Necessity.*—Bastardy being but quasi criminal, it is necessary, on appeal, that errors be assigned and in the absence of such assignment on the record, the appeal will be dismissed.

APPEAL from Winston Circuit Court.

Heard before Hon. J. J. CURTIS.

Bastardy proceedings in the name of the State against William Dodd. From an order discharging the defendant, the state appeals. Dismissed.

ROBERT C. BRICKELL, Attorney General, for the state.

RAY & COONER, for appellee. There are no errors assigned of record and the appeal should be dismissed.

[Stone v. The State.]

·THOMAS, J.—This is an appeal, in the name of the state, taken under section 6388 of the Code by the complainant in a bastardy case from a judgment of the circuit court discharging the defendant. No errors are here assigned. Consequently the judgment below must be and is affirmed.—*Williams v. State,* 117 Ala. 199, 23 South. 42; *Perry v. State,* 1 Ala. App. 253, 55 South. 1035.

Affirmed.